**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ELIZABETH MALL,**

***Plaintiff*,**

**v.** **Case No.: 4:26cv334-MW/MAF**
**4:26cv335-MW/MAF**

**OPENAI FOUNDATION, et al.,**

***Defendants*.**
______________________________/

**ORDER GRANTING MOTIONS TO FILE COMBINED MEMORANDUM**

This Court has considered, without hearing, Defendants' unopposed motions to combine briefing. ECF Nos. 26 and 28. The unopposed motions are **GRANTED**. Defendants are permitted to file a combined memorandum in support of forthcoming motions to dismiss both cases that does not exceed 11,000 words and Plaintiffs are permitted to file a single combined opposition not to exceed 11,000 words.

**SO ORDERED on September 23, 2026.**

**s/Mark E. Walker**
**United States District Judge**